# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

**ANGEL RUBEN GUZMAN,**
    **Petitioner**

        **V.**        **CASE NUMBER: 9:07-CV-100**

**T.R. CRAIG,**
    **Respondent**


**[ ]**    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[ x ]**    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED, that judgment be entered dismissing this case as directed by the Order of U.S. District Court Judge, David N. Hurd on 10/21/08.


October 21, 2008          *LAWRENCE K. BAERMAN*

DATE          CLERK

         s/ A. Hudson

         (BY) DEPUTY CLERK